Bk 10024 Pg62 #1930
02-06-2019 @ 10:58a

## QUITCLAIM ASSIGNMENT

WHEREAS, CROSSCOUNTRY MORTGAGE, INC., WHOSE ADDRESS IS 6850 MILLER ROAD, BRECKSVILLE, OH 44141, ASSIGNOR, is identified as the "Lender" on a certain mortgage executed by JOSEPH M. SCANLON, and bearing the date of 05/23/2017, and recorded on 05/23/2017 in the Office of the Recorder of ANDROSCOGGIN County, State of Maine in Book 9602 and Page 104 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of CROSSCOUNTRY MORTGAGE, INC. and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, CROSSCOUNTRY MORTGAGE, INC. wishes to convey and assign any and all rights it may have under the Mortgage to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, CROSSCOUNTRY MORTGAGE, INC. hereby assigns and quit claims to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

IN WITNESS WHEREOF, this assignment was executed on 1/17/2019 (MM/DD/YYYY).
CROSSCOUNTRY MORTGAGE, INC.

By: Jennifer Stracesky
    COO

STATE OF OHIO   COUNTY OF Cuyahoga
The foregoing instrument was acknowledged before me on 1/17/2019 (MM/DD/YYYY) by Jennifer Stracesky as COO of CROSSCOUNTRY MORTGAGE, INC., who, being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Notary Public - State of OHIO
Commission expires:

ERIC S KILBURN, NOTARY PUBLIC
FOR THE STATE OF OHIO
MY COMMISSION EXPIRES:
9-20-2020

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
NSDAV    MEMERS (R)   T141901-11:05:01 [C-1] QCAME1

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS


EXHIBIT E