UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association, ]<br>  ]<br>  Plaintiff  ]<br>  ]<br>v.  ]<br>  ]<br>Joseph M. Scanlon,  ]<br>  ]<br>  Defendant  ] | Case No. 2:20-cv-00451-LEW |

**JUDGMENT OF FORECLOSURE AND SALE**
**(VACANT REAL PROPERTY)**

Address: 558 Sutherland Pond Road, Sabattus, Maine
Mortgage: May 23, 2017, Book 9602, Page 104

This matter came before the Court pursuant to the Default entered on January 21, 2021 against the Defendant [ECF 7], Fed.R.Civ.P. 55(b), this Court's Procedural Order dated January 25, 2021 [ECF 9], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine*. (March 2020).

Plaintiff, Federal National Mortgage Association ("FNMA"), was represented by John A. Doonan, Esq. The Defendant did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and

Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is **GRANTED**. Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – *Quantum Meruit*, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby entered as follows:

1. If the Defendant or his heirs or assigns pay Federal National Mortgage Association ("FNMA") the amount adjudged due and owing as of January 28, 2021 (attorney's fees and deficiency are waived) ($174, 818.77) within 90 days from the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. §6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Principal Balance | $143,574.24 |
| Interest | $ 15,706.07 |
| Escrow Advance | $ 15,538.46 |
| **Grand Total** | **$174,818.77** |

2. If the Defendant or his heirs or assigns do not pay FNMA the amount adjudged due and owing ($174,818.77) within 90 days from the date of this Judgment, as that time period is calculated in accordance with 14 M.R.S. §6322, their remaining rights to possession of the Sabattus Property shall terminate, and FNMA shall conduct a public sale of the Sabattus Property in accordance with 14 M.R.S. §6323, disbursing the

proceeds, first to itself in the amount of $174,818.77 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. §6324.  FNMA <u>may not seek a deficiency judgment</u> against the Defendant pursuant to Plaintiff's waiver of deficiency in its Motions.

3. Pursuant to 14 M.R.S. §2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $174,818.77 as of January 28, 2021.

5. The priority of interests is as follows:

Federal National Mortgage Association has first priority in the amount of $174,818.77, pursuant to the subject Note and Mortgage and there are no parties-in-interest other than the Defendant who has second priority, and who has been defaulted.

6. The pre-judgment interest rate is 4.25%, see 14 M.R.S. §1602-B, and the post-judgment interest rate is 8.59%, see 14 M.R.S. § 1602-C.

7. The following information is included in this judgment pursuant to 14 M.R.S §2401(3):

| PARTIES | COUNSEL |
|---|---|
| Federal National Mortgage Association<br>3900 Wisconsin Avenue, NW<br>Washington, DC 20016-2892 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915 |
| Joseph M. Scanlon<br>114 7th Avenue W<br>Dickinson, ND 58601 | Defaulted/Pro Se |

a) The docket number of this case is 2:20-cv-00451-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 558 Sutherland Pond Road, Sabattus, ME 04280 is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 558 Sutherland Pond Road, Sabattus, ME 04280. The Mortgage was executed by the Defendant, Joseph M. Scanlon, on May 23, 2017. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 9602, Page 104.

e) This Judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 558 Sutherland Pond Road, Sabattus, ME 04280.

**SO ORDERED.**

Dated this 16th day of March, 2021.

                                              /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE